On Application for Rehearing
The opinion of November 14, 1986, in this case is withdrawn and the cause is remanded to the trial court for a factual determination of the proper defendant. The trial court should ascertain whether the contract at issue in the case was between plaintiff Geraldine Howell and Gary West as an individual, or whether the contract was between Geraldine Howell and M.L. West Construction Company, with Gary West signing in his official capacity of vice-president of the company. If, after this determination, the court still considers its default judgment to have been proper, it shall so indicate by return to this Court. Otherwise, the court shall take whatever action it considers appropriate in regard to the default judgment and shall indicate its action by return to this Court.
APPLICATION GRANTED; ORIGINAL OPINION WITHDRAWN; OPINION SUBSTITUTED; REMANDED WITH DIRECTIONS.
TORBERT, C.J., and JONES, SHORES, ADAMS and STEAGALL, JJ., concur. *Page 804 
 ON RETURN TO REMAND